| | | |
|---|---|---|
| People v Antoine (Ted) | 2d Dept: 131 AD3d 1178 (Kings) | denied 8/10/16 (Abdus-Salaam, J.) |
| People v Antoine (Ted) | 2d Dept: 137 AD3d 1295 (Kings) | denied 8/10/16 (Abdus-Salaam, J.) |
| People v Armstrong | 2d Dept: 138 AD3d 877 (Queens) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Arroyo | App Div, 1st Dept: 2016 NY Slip Op 71756(U) (NY) | denied 8/31/16 (DiFiore, Ch. J.) |
| People v Arterberry | 4th Dept: 140 AD3d 1675 (Monroe) | denied 8/19/16 (Stein, J.) |
| People v Bah | App Term, 1st Dept: 51 Misc 3d 146(A) (NY) | denied 8/1/16 (Rivera, J.) |
| People v Baker (Gene) | 1st Dept: 139 AD3d 581 (NY) | denied 8/12/16 (Pigott, J.) |
| People v Baker (Joanne) | 2d Dept: 139 AD3d 1078 (Westchester) | denied 8/29/16 (Pigott, J.) |
| People v Balde | App Term, 1st Dept: 51 Misc 3d 152(A) (Bronx) | denied 8/30/16 (Stein, J.) |
| People v Banker | 3d Dept: 138 AD3d 1253 (Clinton) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Banner | 2d Dept: 139 AD3d 869 (Nassau) | denied 8/5/16 (Stein, J.) |
| People v Barber | 2d Dept: 133 AD3d 868 (Nassau) | denied 8/4/16 (Abdus-Salaam, J.) |
| People v Barber-Montemayor | 4th Dept: 138 AD3d 1455 (Onondaga) | denied 8/1/16 (Rivera, J.) |
| People v Barksdale | 4th Dept: 140 AD3d 1778 (Erie) | denied 8/19/16 (Stein, J.) |
| People v Barnes | 4th Dept: 139 AD3d 1371 (Ontario) | denied 8/2/16 (Abdus-Salaam, J.) (Appeal No. 1) |
| People v Barton | 2d Dept: 139 AD3d 750 (Queens) | denied 8/1/16 (Fahey, J.) |
| People v Batista | 1st Dept: 140 AD3d 522 (Bronx) | denied 8/22/16 (DiFiore, Ch. J.) |
| People v Baught | 2d Dept: 138 AD3d 1129 (Kings) | denied 8/12/16 (Pigott, J.) |
| People v Baxter | 4th Dept: 141 AD3d 1109 (Monroe) | denied 8/31/16 (Rivera, J.) |
| People v Beauchamp (Angel) | App Div, 1st Dept: 2015 NY Slip Op 85251(U) (Bronx) | denied 8/25/16 (DiFiore, Ch. J.) |
| People v Beauchamp (Angel) | App Div, 1st Dept: 2015 NY Slip Op 93830(U) (Bronx) | dismissed 8/25/16 (DiFiore, Ch. J.) |
| People v Beebe | 4th Dept: 137 AD3d 1663 (Wayne) | denied 8/2/16 (Abdus-Salaam, J.) |